UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNIFIRST CORPORATION,<br><br>               Plaintiff,<br><br>  v.<br><br>ACE AMERICAN INSURANCE COMPANY,<br><br>               Defendant. | Civil Action No. 1:22-cv-10819-PBS |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff UniFirst Corporation and Defendant ACE American Insurance Company, by their undersigned counsel, hereby stipulate and agree that all claims in the above-captioned matter, and thus this case in its entirety, are hereby dismissed without prejudice, each party to bear its own costs, with the parties' respective rights governing the refiling of this action to be governed by a separate agreement.

Dated: September 20, 2022

**UNIFIRST CORPORATION**

By: /s/ *Steven J. Pacini*
Robert J. Gilbert (BBO# 565466)
Steven J. Pacini (BBO# 676132)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000
Facsimile: (617) 948-6001
robert.gilbert@lw.com
steven.pacini@lw.com

*Attorneys for Plaintiff*

Respectfully submitted,

**ACE AMERICAN INSURANCE COMPANY**

By:  /s/ *Kurt M. Mullen*
Gregory Deschenes (BBO No. 550830)
Kurt M. Mullen (BBO No. 651954)
NIXON PEABODY LLP
Exchange Place - 53 State Street
Boston, MA 02109-2835
Tel: (617) 345-1000
Fax: (617)-345-1300
gdeschenes@nixonpeabody.com
kmullen@nixonpeabody.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF"), and paper copies will be sent on September 20, 2022 to those identified as non-registered participants.

                                           */s/ Steven J. Pacini*
                                           Steven J. Pacini